**Bella Loeb SELIG, Howard A. Loeb, and Tradesman's National Bank & Trust Company, Executors of Estate of Solomon Selig, Deceased, Appellants, v. UNITED STATES of America, Appellee.**

No. 9493.

Circuit Court of Appeals, Third Circuit.
Argued Feb. 17, 1948.
Decided Feb. 26, 1948.

W. Horace Hepburn, Jr., of Philadelphia, Pa., for appellants.

R. F. Baker, of Washington, D. C., (Theron Lamar Caudle, Asst. Atty. Gen., Se-

300

wall Key, Sp. Asst. to Atty. Gen., and Gerald A. Gleeson, U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for appellee.

Before McLAUGHLIN, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

The judgment below is affirmed on the memorandum and order for judgment and findings of fact and conclusions of law of the District Court, 73 F.Supp. 886.